UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
DEC 2 0 2005
CLERK

| | |
|---|---|
| JUSTIN GABRIEL, ) | CIV. 05-5024 |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| vs. ) | **SCHEDULING** |
| ) | **ORDER** |
| FARMER'S ALLIANCE, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Motion and Stipulation to Extend Deadlines [Doc.#15], filed by the parties herein and good cause appearing, it is hereby

ORDERED that all discovery shall be completed on or before February 15, 2006.

IT IS FURTHER ORDERED that all dispositive motions shall be filed on or before March 1, 2006.

All other deadlines shall be as previously set.

Dated this 20th day of December, 2005.

BY THE COURT:

ANDREW W. BOGUE
SENIOR DISTRICT JUDGE