UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| **JUSTIN GABRIEL,** | ) | Civil No. 05-5024 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **STIPULATION** |
| | ) | **FOR DISMISSAL** |
| **FARMER'S ALLIANCE.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Justin Gabriel, and Defendant, Farmer's Alliance that the above-entitled action against said Defendant may be dismissed upon its merits, with prejudice and without costs to any party, and that an Order of Dismissal may be entered without further notice to any party.

Dated this 24th day of April, 2006.

JOHNSON EIESLAND LAW FIRM, LLP

By: _____
Aaron D. Eiesland
Attorneys for Plaintiff
P.O. Box 6900
Rapid City, SD 57709-6900
(605) 348-7300

Dated this 25th day of April, 2006.

        BANGS, McCULLEN, BUTLER,
        FOYE & SIMMONS, L.L.P.

By: _____
      Terry G. Westergaard
      Attorneys for Defendant
      333 West Boulevard, Suite 400; P.O. Box 2670
      Rapid City, SD 57709-2670
      (605) 343-1040