UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
APR 2 6 2006
CLERK

| | | |
|---|---|---|
| JUSTIN GABRIEL, | ) | Civil No. 05-5024 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| FARMER'S ALLIANCE. | ) | |
| Defendant. | ) | |

Based upon the foregoing Stipulation and upon all of the files and records herein, and the Court being fully advised, it is hereby

ORDERED that the above-entitled action against Defendant, Farmer's Alliance, be, and hereby is, dismissed upon its merits, with prejudice, and without costs to any party.

Dated this 26th day of April, 2006.

BY THE COURT:

_____
ANDREW W. BOGUE
SENIOR UNITED STATES DISTRICT JUDGE